BRENDAN S. COX (*pro hac vice*)
LAREDO, SMITH & KANE, LLP
101 Federal Street, Suite 650
Boston, MA 02110
Telephone: (617) 443-1100
Facsimile: (617) 443-1174
cox@laredosmith.com

BETHANY D. BENGFORT (State Bar No. 312507)
TURNER BOYD SERAPHINE LLP
155 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 521-5930
bengfort@turnerboyd.com

*Attorneys for Defendant*
*OSARO, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>OSARO, INC.,<br><br>Defendant. | Case No. 3:25-cv-07170-PHK<br><br>**DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS INVOLVING SAME PATENTS** |

Pursuant to Local Patent Rule 2-1(a), Defendant OSARO, Inc. hereby notifies the Court of other actions involving U.S. Patent Nos. 9,930,315 ("the '315 patent"), 10,075,693 ("the '693 patent"), and 11,257,272 ("the '272 patent"), the Patents-in-Suit in the present case.

On September 9, 2025, Artificial Intelligence Industry Association ("AIIA") filed a Complaint against Parallel Domain, Inc. for infringement of the Patents-in-Suit (*Artificial Intelligence Industry Association, Inc. v. Parallel Domain, Inc.*, 3:25-cv-07658). On September 17, 2025, AIIA filed a Complaint against Ceres AI, Inc. for infringement of the Patents-in-Suit (*Artificial Intelligence Industry Association, Inc. v. Parallel Domain, Inc.*, 3:25-cv-07658). Both cases are currently pending in the Northern District of California.

Dated: October 17, 2025

Respectfully submitted,

 */s/ Bethany D. Bengfort*
BRENDAN S. COX (*pro hac vice*)
LAREDO, SMITH & KANE, LLP
101 Federal Street, Suite 650
Boston, MA 02110
Telephone: (617) 443-1100
Facsimile: (617) 443-1174
cox@laredosmith.com

BETHANY D. BENGFORT (State Bar No. 312507)
TURNER BOYD SERAPHINE LLP
155 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 521-5930
bengfort@turnerboyd.com

*Attorneys for Defendant
OSARO, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2025, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which will send notification of such filing to all parties who have appeared in this matter.

Executed on this October 17, 2025.

*/s/ Bethany D. Bengfort*
Bethany D. Bengfort
Attorney for Defendant