UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Artificial Intelligence Industry Association, Inc.,

Plaintiff,

v.

Osaro, Inc.,

Defendant.

Case No. 3:25-cv-07170-PHK

**MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER**

On behalf of (party name) Artificial Intelligence Industry Association, Inc., the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Vivek Ramachandran, Dhamma Law PLLC, 418 Broadway, Suite N, Albany, NY 12207

Name(s) of counsel withdrawing from representation and firm name:

Michael G. Newell, 225 Ray Ave., Ste. 200, Fayetteville, NC 28301

Date: June 3, 2026

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: ______________________

______________________
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California