BARBARA N. BARATH (SBN 268146)
CHRISTOPHER J. WIENER (SBN 280476)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-bnb@cpdb.com
ef-cjw@cpdb.com

*Attorneys for Defendant,*
FANUC AMERICA CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>OSARO, INC.,<br><br>Defendant. | Lead Case No. 3:25-cv-07170-PHK<br><br>**DECLARATION OF BARBARA N. BARATH IN SUPPORT OF FANUC AMERICA CORPORATION'S MOTION TO DISMISS**<br><br>*THIS DOCUMENT RELATES TO:*<br>* *Case No. 3:26-cv-00860-PHK* |
| ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PARALLEL DOMAIN, INC.,<br><br>Defendant. | Case No. 3:25-cv-07658-PHK<br><br>Date: December 10, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom F, 15th Floor<br>Judge: The Honorable Peter H. Kang |
| ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FANUC AMERICA CORPORATION,<br><br>Defendant. | Case No. 3:26-cv-00860-PHK |



COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

I, Barbara N. Barath, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner of Coblentz Patch Duffy & Bass LLP, attorneys of record for FANUC America Corporation. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. Attached as **Exhibit 1** is a true and correct copy of a letter from FANUC to AIIA dated April 9, 2026, including excerpts of Exhibit F to that letter. Given the length of the exhibits, the remaining exhibits are not included but are available at the Court's request.

3. Attached as **Exhibit 2** is a true and correct copy of a letter from FANUC to AIIA dated October 5, 2026. Given the length of the exhibits, the exhibits are not included but are available at the Court's request.

4. Attached as **Exhibit 3** is a true and correct copy of email correspondence dated October 5–6, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of October, 2026, in San Francisco, California.

Barbara N. Barath