# EXHIBIT 3

**From:** vramachandran@dhammalaw.com
**Sent:** Tuesday, October 6, 2026 1:58 PM
**To:** Barath, Barbara N.
**Cc:** Suhr, Rachel Rose; mail@vramachandran.com; Wiener, Christopher
**Subject:** Re: [EXTERNAL] Re: AIIA v. FANUC America - No. 4:26-cv-00860-PHK - Second Section 285 Letter

You received a response to it from the former counsel. We will follow
the court's scheduling order for anything else.
Thank you.

Vivek

On 2026-10-06 16:37, Barath, Barbara N. wrote:
> Hi Vivek,
>
> We haven't received any claim charts. Can you please send what
> you're referring to?
>
> Barbara N. Barath
> Coblentz Patch Duffy & Bass LLP
> One Montgomery Street, Suite 3000
> San Francisco, CA 94101
> 415-677-5292 | Office 415-391-4800
> bbarath@coblentzlaw.com
> www.coblentzlaw.com [2]
>
>> On Oct 5, 2026, at 8:16 PM, vramachandran@dhammalaw.com wrote:
>
>> You already received a response and claim charts. That is not
>> changing.
>> This is going to a jury trial.
>>
>> Sincerely,
>> Vivek
>>
>> On 2026-10-05 21:08, Suhr, Rachel Rose wrote:
>>> Good evening, Mr. Ramachandran,
>>>
>>> Please see attached FANUC America's second section 285 letter to
>> AIIA.
>>> Also attached here are FANUC America's first section 285 letter to
>>> AIIA's prior counsel and the court's recent order granting motions
>> to
>>> dismiss complaints filed by AIIA in related cases.
>>>

>>> Best,
>>>
>>> Rachel
>>>
>>> Rachel Rose Suhr
>>> Coblentz Patch Duffy & Bass LLP
>>> One Montgomery Street, Suite 3000
>>> San Francisco, CA 94104
>>> 415-293-6479 | Office 415-391-4800
>>> rsuhr@coblentzlaw.com
>>> www.coblentzlaw.com [1] [1]
>>>
>>> This transmittal is intended solely for use by its addressee, and
>> may
>>> contain confidential or legally privileged information. If you
>> receive
>>> this transmittal in error, please email a reply to the sender and
>>> delete the transmittal and any attachments.
>>>
>>>
>>>
>>> Links:
>>> ------
>>> [1] http://www.coblentzlaw.com/ [1]
>
>
> Links:
> ------
> [1] http://www.coblentzlaw.com
> [2] http://www.coblentzlaw.com/